**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-1792**

_____

BRENDA SWAIM,

Plaintiff - Appellant,

versus

WESTCHESTER ACADEMY, INCORPORATED; PETER
COWEN; HARRY LEJDA,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham. William L. Osteen, District
Judge. (CA-01-486-1)

_____

Submitted: April 17, 2003          Decided: April 22, 2003

_____

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Mark F. Reynolds, II, High Point, North Carolina, for Appellant.
Allan R. Gitter, Alison R. Bost, WOMBLE, CARLYLE, SANDRIDGE & RICE,
P.L.L.C., Winston-Salem, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Brenda Swaim appeals the district court's order granting summary judgment on some claims and dismissing other claims in her employment discrimination suit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Swaim v. Westchester Academy</u>, No. CA-01-486-1 (M.D.N.C. June 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>